NO. 07-04-0288-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 20, 2004

_____

FORTY ONE THOUSAND SIX HUNDRED THIRTY DOLLARS
($41,630.00), APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 91,479-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is claimant Gilberto Lamas's[1] motion by which he requests that his notice of appeal be withdrawn. *See* Tex. R. App. P. 42.1(a)(1). By the certificate of conference he indicates that he and the State have agreed to dismiss this appeal.

Without passing on the merits of the case, we grant the motion and dismiss the appeal. No motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

---

[1]This appeal resulted from a summary judgment in favor of the State of Texas in its action for seizure and forfeiture of contraband in the sum of $41,630 from claimant Gilberto Lamas.